ACCEPTED
12-14-00018-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/9/2015 4:50:37 PM
CATHY LUSK
CLERK

## NO. 12-14-00018-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| | § | |
| **VS.** | § | **TWELFTH COURT** |
| | § | |
| **ROBERT CLAYTON** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/9/2015 4:50:37 PM
CATHY S. LUSK
Clerk

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ROBERT CLAYTON, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

Philip C. Fletcher
Attorney at Law
800 North Mallard
Palestine, Texas 75801
Tel: (903) 731-4440
Fax: (903) 731-4474

By: _____
PHILIP C. FLETCHER
State Bar No. 00787478
fletchlaw@yahoo.com
Attorney for ROBERT CLAYTON

ROBERT CLAYTON
Appellant

## CERTIFICATE OF SERVICE

This is to certify that on ~~April~~ July 9 , 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, 500 North Church, Palestine, Texas, by personal delivery.

PHILIP C. FLETCHER

**STATE OF TEXAS**        §
                                        §

**COUNTY OF ANDERSON**      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared PHILIP C. FLETCHER, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

 

_____

PHILIP C. FLETCHER
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _July 9_ ,

2015, to certify which witness my hand and seal of office.

_____

Notary Public, State of Texas

JENNIFER HART
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
08-07-2016

**STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared ROBERT CLAYTON, who after being duly sworn stated:

"I am the appellant in the above-entitled and numbered cause.

I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."



ROBERT CLAYTON
Appellant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _4-17-15_ ,

2015, to certify which witness my hand and seal of office.

_Lou Ann Anderson_
Notary Public, State of Texas

LOU ANN ANDERSON
My Commission Expires
June 16, 2017